[No. 2056–3. Division Three. October 25, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. EARL H. KAHCLAMAT, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 19971, Walter A. Stauffacher, J., entered July 21, 1976. *Affirmed* by unpublished opinion per

Clarke, J. Pro Tem., concurred in by Munson, C.J., and McInturff, J.